FILED: March 31, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 17-4021
(2:15-cr-00018-JPJ-PMS-15)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BILLY MARLOW

Defendant - Appellant

---

No. 17-4026
(2:15-cr-00018-JPJ-PMS-4)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ROBERT CHRISTOPHER RAINEY, a/k/a Craven

Defendant - Appellant

Appeal: 17-4026 Doc: 25 Filed: 03/31/2017 Pg: 2 of 2

---

ORDER

---

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk